UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA HOSKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-01081-MAL |
| | ) | |
| SAINT LOUIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CASE MANAGEMENT ORDER - TRACK 2: STANDARD**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Rule 16 Conference held on **October 20, 2026**.

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I. SCHEDULING PLAN**

1. This case has been assigned to Track 2 (Standard).

2. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **December 15, 2026**.

3. Disclosure shall proceed in the following manner:

(a) The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **October 29, 2026**.

(b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **March 10, 2027**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **April 9, 2027**.

(c) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **May 10, 2027**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **June 10, 2027**.

(d) The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(e) Requests for physical or mental examinations of parties pursuant to Rule 35, Fed. R. Civ. P., must be made no later than **June 10, 2027**, and any exam must be completed by **July 9, 2027**.

(f) The parties shall complete all discovery in this case no later than **August 20, 2027**.

4. This case shall be referred to alternative dispute resolution on **February 1, 2027**, and that reference shall terminate on **April 1, 2027**.

5. Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **September 20, 2027**. Briefing of such motions shall be governed by E. D. Mo. L. R. 4.01.

6. Any motions under Daubert shall be filed no later than **September 20, 2027**.

## II. ORDER RELATING TO TRIAL

This action will be set for trial after the ruling on any motions to dismiss, for summary judgment or motions for judgment on the pleadings, or the time to file such motions has passed.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 20th day of October, 2026.

Maria A. Lanahan

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE